**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO.:12-53459 |
| MICHAEL D. CROOKS | : | CHAPTER 13 |
| DEBTOR | : | JUDGE PRESTON |

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that Debtor's address is as follows:

**267 S. Main Street**
**Pataskala, OH  43062**

                                              Respectfully submitted,

                                              /s/ Nannette J.B. Dean
                                              Nannette J.B. Dean      (0065093)
                                              Dean Law Co., LLC
                                              3757 Attucks Drive
                                              Powell, OH  43065
                                              614-389-4943
                                              614-389-3857 fax
                                              court@deanlawlpa.com

**CERTIFICATE OF SERVICE**

**I hereby certify that on September 24, 2015, a copy of the foregoing** NOTICE OF CHANGE OF ADDRESS **was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:**

Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
Edward Henry Cahill    amps@manleydeas.com
Nannette JB Dean    court@deanlawpa.com, court@deanlawlpa.com
Brian M Gianangeli    bgianangeli@mifsudlaw.com
Frank M Pees    trustee@ch13.org
Jill A Whitworth    jill.w.1@bwc.state.oh.us

**and on the following by ordinary U.S. Mail addressed to:**
Michael Crooks
267 S. Main Street
Pataskala, OH  43062

                                              /s/Nannette J.B. Dean
                                              Nannette J. B. Dean      (0065093)
                                              Attorney for Debtor